# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 8125 | **DATE** | 10/25/2001 |
| **CASE TITLE** | Triple "R" Service L.P. vs. Benjamin Swirsky, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☒ Status hearing set for December 11, 2001 at 9:00 a.m.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Triple "R"'s counsel is reminded of its obligation to comply with the publication requirement of 15 U.S.C. §78u-4(a)(3)(A) -- a matter on which this Court expects to receive a certificate of compliance substantially in advance of the initial status hearing date. Pretrial schedule on reverse of minute order.

(11) ■ [For further detail see order on the reverse side of the original minute order.] order attached to the original minute

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | date docketed | 2 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 10/25/2001 date mailed notice | |
| SN | courtroom deputy's initials | | |
| | | Date/time received in central Clerk's Office | SN mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
OCT 2 9 2001

| | | |
|---|---|---|
| TRIPLE "R" SERVICE L.P., etc., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 01 C 8125 |
| BENJAMIN SWIRSKY, et al., | ) ) ) | |
| Defendants. | ) | |

MEMORANDUM OPINION AND ORDER

Triple "R" Service L.P. ("Triple 'R'") has filed a putative Class Action Complaint against Benjamin Swirsky and Beswir Properties, Inc., advancing claims under the federal securities laws, a Florida statute and the common law. Although this Court is contemporaneously issuing its typical order setting an initial status hearing date, there are two matters disclosed by the Complaint that call for separate mention.

To begin with, even though venue may properly be lodged here because of the asserted alienage of both defendants (Complaint ¶2), nothing is said in the Complaint about Triple "R" that would support this judicial district as an appropriate home (to say nothing of <u>the</u> most appropriate home) for this lawsuit. Before what would seem to be a likely 28 U.S.C. §1404(a) motion for transfer is tendered by defendants, it would be well for Triple "R"'s counsel to file a brief memorandum addressing that subject.

That of course is a suggestion and not a requirement. But as a substantive matter, Triple "R"'s counsel is reminded of its

obligation to comply with the publication requirement of 15 U.S.C. §78u-4(a)(3)(A)--a matter on which this Court expects to receive a certificate of compliance substantially in advance of the initial status hearing date.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 25, 2001